```
CRIMINAL COURT OF THE CITY OF NEW YORK          CERTIFICATE OF DISPOSITION
COUNTY OF KINGS                                     NUMBER:  491985

THE PEOPLE OF THE STATE OF NEW YORK
                    VS

PERFETTO,RALPH                                  07/19/1934
Defendant                                       Date of Birth

7119 SHORE ROAD                                 7473716H
Address                                         NYSID Number

BROOKLYN              NY     11209              06/01/2010
City                  State  Zip                Date of Arrest/Issue

Docket Number: 2010KN043552                     Summons No:

JUD 04870
Arraignment Charges


Case Disposition Information:

   Date          Court Action                  Judge              Part
 05/26/2011   FOUND GUILTY                    JEONG,A             TP2
              TFG JUD04870
              PRE-SENT INVESTIG
 07/18/2011   SENTENCE IMPOSED                JEONG,A             TP2
              $1000
              CONDITIONAL DISCHARGE=1Y
              COMMUNITY SERVICE=70H
 08/25/2011   EXECUTION OF SENTENCE           TEST,A              ASC
              PAID

NO FEE CERTIFICATION
✓ GOVERNMENT AGENCY            _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED
  SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]


     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
FATSCHER JR,W                                   06/19/2014
COURT OFFICIAL SIGNATURE AND SEAL               DATE         FEE: NONE


(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```